AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:15-CR-168 |
| Johanna Jazmin Sanchez-Guzman | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States                                                                                                    .

Date:    06/23/2020

_____
*Attorney's signature*

Philip Alito, Assistant United States Attorney
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

philip.alito@usdoj.gov
*E-mail address*

(703) 299-3806
*Telephone number*

_____
*FAX number*